UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:08-21068-CIV-HUCK/O'SULLIVAN

MICHAEL I. GOLDBERG, as Receiver for
Worldwide Entertainment, Inc., The
Entertainment Group Fund, Inc., American
Enterprises, Inc., and Entertainment Funds,
Inc.,

    Plaintiff,

v.

MARK KILLPACK,

    Defendant.
_____/

CLOSED CIVIL CASE

## ORDER OF DISMISSAL

THIS MATTER is before the Court upon the Receiver's Notice of Voluntary Dismissal with Prejudice filed September 22, 2008 (the "Notice")[D.E. #5]. The Court having reviewed the Notice, considered the record and being otherwise duly advised in the premises, it is hereby

ORDERED that this case is DISMISSED WITH PREJUDICE. All pending motions are DENIED as moot. Each party shall bear its own attorneys' fees and costs.

DONE AND ORDERED in Chambers, Miami, Florida, this 29 day of September, 2008.

Paul C. Huck
United States District Judge

Copies furnished to:
Counsel of Record